IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN WAYNE FELDMANN,

 Plaintiff,          JUDGMENT IN A CIVIL CASE

v.                12-cv-927-wmc

THE WHITE HOUSE,
PRESIDENT OF THE UNITED STATES,
BARRACK HERBERT HOOVER OBAMA,
STATE OF CALIFORNIA,
STATE OF ARKANSAS and
STATE OF TEXAS,

 Defendants.

---

 This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: _[signature] Jenna Kantor, Deputy Clerk_      1-3-2013
  Peter Oppeneer, Clerk of Court        Date