IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

STEVEN WAYNE FELDMANN,

    Plaintiff,      JUDGMENT IN A CIVIL CASE

v.      12-cv-927-wmc

THE WHITE HOUSE,
PRESIDENT OF THE UNITED STATES,
BARRACK HERBERT HOOVER OBAMA,
STATE OF CALIFORNIA,
STATE OF ARKANSAS and
STATE OF TEXAS,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction, as frivolous, and/or for failure to state a claim upon which relief may be granted.

By: *[signature]* Ryan Kanable, Deputy Clerk      1-3-2013

Peter Oppeneer, Clerk of Court      Date